Jack B. EAKEN, Appellant,

v.

FARMER'S INSURANCE CO., INC., Respondent.

No. WD 50841.

Missouri Court of Appeals,
Western District.

Sept. 26, 1995.

Daniel D. Lane, Independence, for appellant.

Donald P. Herron, Independence, for respondent.

Before FENNER, C.J., P.J., and KENNEDY and LAURA DENVIR STITH, JJ.

## ORDER

PER CURIAM.

Appeal from trial court's grant of summary judgment as to appellant's claims of vexatious refusal to provide coverage and benefits under an automobile insurance policy.

Judgment affirmed. Rule 84.16(b).